## Index of Exhibits to Complaint
### *Tonto Supply, Inc. v. United States of America, et al.*

1.   July 10, 2008 Agreement
2.   Quitclaim Deed recorded on October 22, 2003
3.   July 1, 2009 Condition of Title Report
4.   Quit-Claim Deed dated July 7, 1949
5.   Warranty Deed dated November 19, 1953
6.   Quitclaim Deed dated October 19, 1953
7.   Warranty Deed dated January 15, 1954.
8.   BLM MASS Serial Register Page dated May 11, 2009

# Tonto Supply, Inc.

P.O. Box 1776
Colorado City, AZ 86021

Phone: (928)875-8358
Fax: (928)875-8757
Email: tontosupply@gmail.com

## Agreement

By and Between R&G Gravel (Greg Huke & Robbin Herron) hereinafter
referred to as R&G AND Tonto Supply, Inc. hereinafter referred to as TSI.

July 10, 2008

TSI agrees to do highway widening as per plans in compliance with permit.

TSI agrees to pay R&G the price of $.75 per/cy royalty for material that leaves the property, except natural fines, which will be paid at the price of $.375 per/cy.

Royalty payment will be reported on the 15th of each month and paid by the 25th of each month for normal business. Special orders and payment terms will be approved by R&G and TSI.

TSI intends to crush concrete and asphalt onsite to develop onsite access roads as well as access road to Hwy 95.

In the event that the initial import recycle pile is not crushed and placed on road within 7 months of the approval date of this agreement, TSI agrees to forfeit material transportation equipment pledged as assurance. See attached list.

TSI agrees to grade and cover with base material roadway from highway to the property.

In the event it is determined beneficial to put in a well. TSI will participate in the cost of the well by equally sharing the mutually agreed on cost of the well with R&G.

R&G agrees and hereby authorizes and gives TSI exclusive use of and access to this 40 acre parcel (NW1/4, NW1/4, of section 13) Range 20, Township 15N as well as use of the access road from the highway.

R&G agrees to promote and encourage material sales and hereby covenants that any and all sales will be done by and through TSI. 5% commission will apply when TSI is compensated by R&G's customer.

R&G also agrees that any future promotions, negotiations, agreements, acquisitions and/or future benefit of any contiguous or adjacent parcels of land associated with the above referenced 40 acre parcel or section13 or the access road that leads from the highway to section 13, will be under ownership of R&G, 51% and TSI, 49%.

**Tab 1**

R&G agrees and acknowledges responsibility for any and all permits needed to construct the roadways and widenings. All recycled material and dumping of import material must be approved by R&G. TSI agrees to comply with all BLM, ADEQ, & MSHA requirements. TSI accepts financial liability for violations.

If material is accepted for recycle by TSI, R&G will be paid the same royalty ($.75 per/cy) as on processed native material exports with the exception of natural fines.

R&G acknowledges and agrees that recycle material will not come to the property without (case by case) approval by TSI.

R&G agrees to provide staking, testing, and striping as needed and/or required for the widening project.

R&G agrees that this agreement is based on the gravel material "proving out", that reasonable time be allowed to do testing on the different areas of the pit.

Gregory Huke, R&G Gravel
2992 Arabian
PO Box 1701
Lake Havasu City, AZ 86405
Ph: (928) 303-4180
Fax: (928) 505-4647
Email: rgsandgravel@AOL.com

Subscribed and Sworn To before me this 3rd day of Aug 20__
by Gregory Huke

Notary Public

Andrea Marriott
NOTARY PUBLIC -- ARIZONA
MOHAVE COUNTY
My Commission Expires
June 17, 2011

Robbin Herron, R&G Gravel
2992 Arabian
PO Box 1701
Lake Havasu City, AZ 86405
Ph: (928) 303-4180
Fax: (928) 505-4647
Email: rgsandgravel@AOL.com

Subscribed and Sworn To before me this 3rd day of Aug 20__
by Robbin Herron

Notary Public

My Commission Expires:

Andrea Marriott
NOTARY PUBLIC -- ARIZONA
MOHAVE COUNTY
My Commission Expires
June 17, 2011

Jozette Barlow, Tonto Supply, Inc.
PO Box 1776
Colorado City, AZ 86021
Ph: (928) 875-8358

Subscribed and Sworn To before me this 19th day of Aug, 20 08
by Jozette Barlow

Notary Public

My Commission Expires: 10/3/2011

ROSALETA WHITE
Notary Public - Arizona
Mohave County
My Comm. Expires Oct 3, 2011

# Equipment List

R&G /TSI Agreement

1985 Midland Bottom Dump Trailer  S/N: 2C9B2S4C7FR018154

1973 Cook Bottom Dump Trailer   S/N: BDS4011A7789

1964 Fruehauf Bottom Dump Trailer  S/N: FRE222501

1993 Fruehauf Truck Tractor  S/N: 1FV7D0Y96PP445161





INDEXED   MICROFILMED
2003090341 BK 4731 PG 138
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
10/22/2003 09:34A PAGE 1   OF 4
DENNIS COLE
RECORDING FEE 16.00

When recorded, return to:
Robbin Denise Herren and Gregory Charles Huke
2992 Arabian Drive
Lake Havasu City, Arizona 86404

## QUITCLAIM DEED

SANTA FE PACIFIC RAILROAD COMPANY ("Grantor"), a corporation duly incorporated pursuant to authority granted by Congress in the Act of March 3, 1897, Ch. 374, for good and valuable consideration hereby quitclaims to Robbin Denise Herren a single woman and Gregory Charles Huke a single man ("Grantee"), all of Santa Fe Pacific Railroad Company's right, title and interest, if any, in and to sand and gravel located within 100 feet of the surface (the "Subject Materials") of the real property described in Exhibit A hereto (the "Property"), with the depth from the surface being determined for purposes of this Quitclaim Deed by reference to U.S.G.S. Topo quadrangle Lake Havasu North. FRANCONIA.

EXCEPTING AND RESERVING for Grantor, all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under the Property, which Grantor excepted and reserved in that deed recorded on May 21, 1945 at Book 58, pages 260-263, Official Records of Mohave County, Arizona (other than the interest, if any, in Subject Materials hereby conveyed), together with all rights and entitlements associated with or incidental to the interest so excepted and reserved,

AND GRANTEE, BY ACCEPTING DELIVERY OF THIS QUITCLAIM DEED, recognizes and affirms the validity of the interest Grantor excepted and reserved in the preceding paragraph, and of Grantor's rights and entitlements associated with that interest,

AND GRANTEE, FOR ITSELF AND ITS SUCCESSORS AND ASSIGNS, hereby covenants and agrees that all operations on the Property pursuant to the interest, if any, hereby conveyed shall be conducted in compliance with applicable laws and regulations, including without limitation all applicable reclamation requirements.

**Tab 2**

PAGE 2   OF 4
BK 4731 PG 139   FEE#2003090341

DATED: September   , 2003.

BUYERS

*Robbin Denise Herren*
Robbin Denise Herren

*Gregory C. Huke*
Gregory Charles Huke

SANTA FE PACIFIC RAILROAD
COMPANY, a corporation

BY *James J. O'Neil*

ITS *VICE PRESIDENT*


STATE OF TEXAS           )
                         )
County of TARRANT        )


This instrument was acknowledge before me this 8th day of
September, 2003, by *James J. O'Neil*            , the
*Vice President*      of Santa Fe Pacific Railroad Company, a
corporation, on behalf of that corporation.

PATRICIA ZBICHORSKI
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/17/07

*Patricia Zbichorski*
Notary Public

My commission expires:

State of Arizona        )
                        )
County of Mohave        )
                  October
On September 22, 2003, before me, *Connie A. Gramlick* a Notary Public, personally
appeared *Gregory Charles Huke & Robbin Denise Herren*          (who
provided me with satesfactory evidence of same) to be the person whose name is subscribed to
within this instrument and acknowledged to me that he executed the same in his authorized
capacity, and that by his signature on this instrument the person, or the entity upon behalf of
which the person acted, executed this instrument.

Witness my hand and official seal.

*Connie A. Gramlick*
Notary Public

My commission expires: 10-10-2005

OFFICIAL SEAL
CONNIE A. GRAMLICK
NOTARY PUBLIC-ARIZONA
MOHAVE COUNTY
My Comm. Expires Oct. 10, 2005

2

p.3          9285054647          GLENDAS BAIL BONDS          Apr 26 09 10:27p

PAGE 3   OF 4
BK 4731 PG 140   FEE#2003090341

# JOINT TENANCY ACCEPTANCE CLAUSE

THIS DEED IS ACCEPTED AND APPROVED BY THE GRANTEES, IT BEING THEIR INTENTION TO ACQUIRE SAID PREMISES AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP, AND NOT AS COMMUNITY PROPERTY OR AS TENANTS IN COMMON.

DATED THIS _22_ DAY OF _Oct_ _____ 2003

_____
GRANTEE

_____
GRANTEE

_____
GRANTEE

_____
GRANTEE

STATE OF _Arizona_          }
COUNTY OF _Mohave_          }

THIS INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _22nd_ DAY OF _October_ 2003

BY _Gregory Charles Huke and Robbin Denise Herren_ _____

MY COMMISSION WILL EXPIRE: _10-10-2005_

_____
NOTARY PUBLIC

OFFICIAL SEAL
CONNIE A. GRAMLICK
NOTARY PUBLIC-ARIZONA
MOHAVE COUNTY
My Comm. Expires Oct. 10, 2005

STATE OF _____                }
COUNTY OF _____               }

THIS INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____ 2003

BY _____

MY COMMISSION WILL EXPIRE: _____

_____
NOTARY PUBLIC

No. 632-5207640

# SPECIAL REPORT

## SCHEDULE A

1.  This report is for informational purposes only and is not to be considered as a commitment to issue any form of Title Insurance Policy. This report is for the sole use and benefit of the parties set forth in Number 2 below and liability is hereby limited to the amount of the fee paid.

    This report was prepared from only those items of public record shown in the title plant indices of the issuing company to show the condition of title as reflected by same. Those items to which the hereinafter described land is subject are set forth in Schedule B, Part Two. No attempt has been made to reflect the condition of title relating to the items set forth in Schedule B, Part One.

2.  For the use and benefit of:

    Vakula Kottke, PLC

3.  The Title to the fee estate in the land described herein is at this date hereof vested in:

    United States of America

4.  The land referred to in this report is situated in Mohave County, Arizona, and is described as:

    ### SEE EXHIBIT "A" ATTACHED HEREIN

Search made to July 1, 2009 at 7:30 A.M.

*FIRST AMERICAN TITLE INSURANCE COMPANY*

*By:  Jim Pederson/jlp   (928) 753-5578*

# Tab 3

FATCO0000001

No. 632-5207640

## EXHIBIT "A"

The Northwest quarter of the Northwest quarter of Section 13, Township 15 North, Range 20 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

Except fissionable source materials as reserved by the Santa Fe Pacific Railroad Company in Deed recorded in Book 77 of Deeds, page 342.

No. 632-5207640

## SCHEDULE B

**PART ONE:**

1.  Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

    Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.

2.  Any facts, rights, interests or claims which are not shown by the public records but which could be ascertained by an inspection of the land or by making inquiry of persons in possession thereof.

3.  Easements, liens, or encumbrances, or claims thereof, which are not shown by the public records.

4.  Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water; whether or not the aforementioned matters excepted are shown by the public records.

6.  Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

7.  Lack of a right of access to and from the land.

No. 632-5207640

## SCHEDULE B

(All recording data refers to records in the office of the County Recorder in the County in which the land is situated.)

**EXCEPTIONS:**

1.  The rights of the Santa Fe Pacific Railroad Company, its successors and assigns, to appropriate rights of way and rights incident to the operation of railways, as reserved in Deed recorded as Book 65 of Deeds, of Deeds, Page 226.

2.  Rights in connection with the reservation of fissionable source materials in Deed recorded November 6, 1953 in Book 77 of Deeds, page 342.

3.  The effect of Quit Claim Deed from Santa Fe Pacific Railroad Company, Grantor, to Robbin Denise Herren, a single woman, and Gregory Charles Huke, a single man, as joint tenants with right of survivorship, Grantee, recorded October 22, 2003 in Book 4731, page 138 of Official Records, for the Grantor's interest, if any, in and to sand and gravel located within 100 feet of the surface.

    NOTE: The oil, gas, coal and minerals reserved in said Deed, had previously been conveyed by said Grantor to other parties in Deed recorded in Book 77 of Deeds, page 342.

4.  The effect of Quit Claim Deed from Gregory Charles Huke to Gregory Charles Huke recorded January 26, 2007 in Book 6641, page 293 of Official Records.

5.  The effect of No Lien Notice executed by Gregory Charles Huke recorded March 3, 2009 in Book 7417, page 62 of Official Records.

**End of Schedule B**

No. 632-5207640



## PRIVACY POLICY

**We Are Committed to Safeguarding Customer Information**

In order to better serve your needs now and in the future, we may ask you to provide us with certain information. We understand that you may be concerned about what we will do with such information - particularly any personal or financial information. We agree that you have a right to know how we will utilize the personal information you provide to us. Therefore, together with our parent company, The First American Corporation, we have adopted this Privacy Policy to govern the use and handling of your personal information.

**Applicability**

This Privacy Policy governs our use of the information which you provide to us. It does not govern the manner in which we may use information we have obtained from any other source, such as information obtained from public records or from another person or entity. First American has also adopted broader guidelines that govern our use of personal information regardless of its source. First American calls these guidelines its *Fair Information Values*, a copy of which can be found on our web site at www.firstam.com.

**Types of Information**

Depending upon which of our services you are utilizing, the types of nonpublic personal information that we may collect include:

- Information we receive from you on applications, forms and in other communications to us, whether in writing, in person, by telephone or any other means;
- Information about your transactions with us, our affiliated companies, or others; and
- Information we receive from a consumer reporting agency.

**Use of Information**

We request information from you for our own legitimate business purposes and not for the benefit of any nonaffiliated party. Therefore, we will not release your information to nonaffiliated parties except: (1) as necessary for us to provide the product or service you have requested of us; or (2) as permitted by law. We may, however, store such information indefinitely, including the period after which any customer relationship has ceased. Such information may be used for any internal purpose, such as quality control efforts or customer analysis. We may also provide all of the types of nonpublic personal information listed above to one or more of our affiliated companies. Such affiliated companies include financial services providers, such as title insurers, property and casualty insurers, and trust and investment advisory companies, or companies involved in real estate services, such as appraisal companies, home warranty companies, and escrow companies. Furthermore, we may also provide all information we collect, as described above, to companies that perform marketing services on our behalf, on behalf of our affiliated companies, or to other financial institutions with whom we or our affiliated companies have joint marketing agreements.

**Former Customers**

Even if you are no longer our customer, our Privacy Policy will continue to apply.

**Confidentiality and Security**

We will use our best efforts to ensure that no unauthorized parties have access to any of your information. We restrict access to nonpublic personal information about you to those individuals and entities who need to know that information to provide products and services to you. We will use our best efforts to train and oversee our employees and agents to ensure that your information will be handled responsibly and in accordance with this Privacy Policy and First American's *Fair Information Values*. We currently maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

c2001 The First American Corporation - All Rights Reserved

PAGE: 1 of 2     FEE # 2009011667

# B: 7416 P: 159

OFFICIAL RECORDS
OF MOHAVE COUNTY
CAROL MEIER,
COUNTY RECORDER

03/02/2009 03:19 PM  Fee: $14.00
DOC TYPE: LIEN
PAID BY: GREGORY HUKE

Recording requested by: _____

When recorded, mail to:

Name: GREGORY CHARLES HUKE

Address: P.O. Box 1701

City: LAKE HAVASU CITY

State/Zip: Ariz. 86405

Space above reserved for use by Recorder's Office

Document prepared by:

Name: GREGORY CHARLES HUKE

Address: LAKE HAVASU CITY AZ

City/State/Zip: P.O. Box 1701

# Claim of Lien

State of ARIZONA

County of MOHAVE

I, GREGORY CHARLES HUKE _____, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

START-UP COSTS & HIGHWAY IMPROVEMENTS

on the following described real property located in MOHAVE _____ County,

State of ARIZONA _____; commonly known as:

and legally described as: SEC 13 TOWNSHIP 15N RANGE 20W NW4 NW4 of SEC

which property is owned by HERREN ROBBIN DENISE, whose address is 2992 ARABIAN

DR. LAKE HAVASU CITY, Arizona 86404, of a total value of $65,000 00, of which there

remains unpaid $65,000 00 _____, and I further state that I furnished the first of the items on the date of

10/24/2003 _____, and the last of the items on the date of 6/4/09

I hereby, under the laws of the State of ARIZONA _____, claim a lien against the above-described

property in the amount of money, stated above, which remains unpaid to me.

160

_(signature)_

Signature of Person Claiming Lien

GREGORY C. HUKE

Name of Person Claiming Lien

Address of person claiming lien: P.O. BOX 1701    LAKE HAVASU CITY, ARIZONA 86405

On March 2nd 2009 , Gregory C. Huke came before me personally and, under oath, stated that he/she is the person described in the above document and that he/she signed the above document in my presence.

Mary E McCoy-Durst

Notary Signature

Notary Public,

In and for the County of Mohave    State of Arizona

My commission expires: 2/9/2012    Seal

OFFICIAL SEAL
MARY E. McCOY-DURST
NOTARY PUBLIC· State of Arizona
MOHAVE COUNTY
My Comm. Expires Feb. 9, 2012

CERTIFICATE OF MAILING

I, _____, certify that on this date, _____ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _____

Address: _____

Date: _____

_____

Signature of Person Mailing Claim of Lien

_____

Name of Person Mailing Claim of Lien

Unofficial Copy

PAGE: 1 of 2    FEE # 2009011904

B: 7417 P: 62

OFFICIAL RECORDS
OF MOHAVE COUNTY
CAROL MEIER,
COUNTY RECORDER

03/03/2009 12:44 PM  Fee: $14.00
DOC TYPE: NOT
PAID BY: GREG HUKE

When recorded mail to:
Greg Huke
PO Box 1701
Lake Havasu City, AZ  86405

## NO LIEN NOTICE

Pursuant to ARS 33-990 Gregory Charles Huke, being the owner but not the operator of the property described in Quitclaim Deed recorded October 22, 2003 in Book 4731 of Official Records, page 138, being described as the sand and gravel located within 100 feet of the surface of the real property described as the Northwest quarter of the Northwest quarter of Section 13, Township 15 North, Range 20 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

A. The provisions of section 33-989 shall not apply and the owner of a mine or mining claim shall not be responsible for any debts when the mine or claim is worked under lease, bond or option from the owner thereof, when the owner conspicuously posts at the collar of all working shafts, tunnels and entrances to the mine and boarding houses, on or before the day the lessee or those working the claim under bond, lease or option begin operations, and records in the office of the county recorder of the county within which the mine or mining claim is located within thirty days from the date of the lease, bond or option, a notice that:

1. The mine or claim is not being operated by the owner.

2. The owner will not be liable for labor performed or materials or merchandise furnished in the operation or development of the mine or mining claim.

3. The mine or claim will not be subject to a lien therefore, referring to the contract, and particularly describing the mine or claim.

B. The lessee or person operating the mine shall keep the notices posted, and upon failure to do so is guilty of a class 2 misdemeanor.

Dated: March 3, 2009

_Gregory Charles Huke_
Gregory Charles Huke

FATCO0000008

Page 2 NO LIEN NOTICE

STATE OF ARIZONA         )
County of Mohave         )

This instrument was acknowledged before me this 3 day of March, 2009, by Gregory
Charles Huke.

My commission expires: 8/29/11

Notary Public

When recorded, mail to:

Name: GREGORY CHARLES HUKE

Address: P.O. Box 1701

Lake Havasu City

City/State/Zip Code: Arizona, 86405

PAGE: 1 of 2      FEE # 2009016279

**B: 7432 P: 99**

OFFICIAL RECORDS
OF MOHAVE COUNTY
CAROL MEIER,
COUNTY RECORDER

03/23/2009 10:08 AM  Fee: $14.00
DOC TYPE: RELLN
PAID BY: GREGORY HUKE

Space above this line for Recorder's use

## RELEASE OF LIEN
☒ Recorded ☐ Unrecorded

KNOW ALL MEN BY THESE PRESENTS:

That I(we), GREGORY CHARLES HUKE _____, the undersigned Releasor(s), for and in consideration of the

sum of ___Ø_____ ($ 0.00 ),

the receipt of which is hereby acknowledged, fully release and discharge that certain Lien for (check

applicable blocks) ☐ Labor ☐ Material ☐ Fixtures ☒ Other _____,

together with the debt thereby secured, against the property owned by _____

and described as SEC. 13 TOWNSHIP 15 N RANGE 20 W

_____

_____

_____

_____

_____, and affirm

(check and initial one)

_____ ☐ that said Lien was not recorded in the Public Records.

_____ ☒ That said Lien was recorded in the office of the County Recorder, on the 03/23 day of

MARCH 159 , 2009 , in Docket(Book) B 7416 , page(s)

Dated: 03-23-09

_____Gregory C. Huke_____
Releasor

_____
Co-Releasor

© 2004, Alpha Publications of America, Inc.
All Rights Reserved.   (UPC 722573-64072) (ISBN 1-57164-072-X)     FORM 165a     Page 1

FATCO00000010

## ACKNOWLEDGMENT
### (States Other Than California)

State of Arizona                              )
                                             ) ss.
County of Mohave                             )

On this 23rd day of March, 2009, before me, the undersigned Notary Public,

personally appeared Gregory Charles Huse

known to me to be the individual(s) who executed the foregoing instrument and acknowledged the same

to be his(her)(their) free act and deed.

My Commission Expires: 2/9/2012                    Mary E McCoy Durst
                                                   Notary Public

If acknowledged in State of Florida, complete section below:

(Check One) ☐ Personally Known  (or)  ☑ Produced Identification

If applicable, Type of Identification Produced: AZ DL

> OFFICIAL SEAL
> MARY E. McCOY-DURST
> NOTARY PUBLIC  State of Arizona
> MOHAVE COUNTY
> My Comm. Expires Feb. 9, 2012

## ACKNOWLEDGMENT
### (State Of California)

State of California

County of                                    ) ss.

On this _____ day of _____, _____, before me, _____

_____, the undersigned Notary Public, personally appeared,

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is(are) subscribed to the attached instrument and acknowledged to me that he(she)(they)
executed the same in his(her)(their) authorized capacity(ies),and that by his(her)(their) signature(s) on
the instrument, the person(s) or the entity upon behalf of which the person(s) acted, executed the
instrument.

WITNESS my hand and official seal.

_____
        Notary Public                                    Seal

© 2004, Alpha Publications of America, Inc.        (722573-64072) (ISBN 1-57164-072-X)        FORM 165b        Page 2
All Rights Reserved.

FATCO00000011

Recorded at the Request of, and
When Recorded Mail To:

John R. Fitzpatrick, Esq.
FRAZER, RYAN, GOLDBERG, ARNOLD & GITTLER
3101 North Central Avenue, Suite 1600
Phoenix, Arizona 85012-2615

PAGE: 1 of 1          FEE # 2007007634

**B:6641 P:293**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

01/26/2007 12:17 PM  Fee: $14.00
DOC TYPE: QCD
PAID BY: GREGORY HUKE

## QUIT CLAIM DEED

For the consideration of Ten Dollars, and other valuable considerations, I or we, Gregory Charles Huke, as one of two joint tenants, Grantor, hereby quit-claims to Gregory Charles Huke, as one of two tenants in common, Grantee, all right, title or interest of the Grantor in the sand and gravel located within 100 feet of the surface of the following real property situated in Maricopa County, Arizona:

> The northwest quarter of the northwest quarter of Section 13, Township 15 North, Range 20 West of the Gila and Salt River Base and Meridian, containing 40 acres, more or less, as more particularly described in that certain Quit Claim Deed recorded at 2003090341, Book 4731, Page 138, Records of Mohave County.

It is Grantor's intent, by this conveyance, only to sever the joint tenancy ownership of the foregoing property. Accordingly, this transaction is EXEMPT pursuant to A.R.S. § 11-1134(A)(7).

DATED this 26 day of January, 2007.

_____
Gregory Charles Huke

STATE OF ARIZONA    )
                    ) ss.
County of Mohave    )

This instrument was acknowledged before me this 26th day of January, 2007, by Gregory Charles Huke.

Notary Seal:

_____
Notary Public

3001-000/docs/070124 Quit Claim Deed

226

QUIT-CLAIM DEED.

THE GRANTORS, RUEL H. GALLEHUE and ELIZABETH GALLEHUE, husband and wife, of 1309 East

Second Street, City of Long Beach, in the County of Los Angeles and State of California for

and in consideration of TEN AND 10/100 Dollars and other good and valuable considerations,

hereby QUIT-CLAIM to EVELYN FITZGERALD of Box 204, Tucson, of the County of Pima and State of

Arizona all their interest in the following described Real property, to-wit:

    Lots 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,

    17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28, in

    Block 8 of Federal Highway Addition to Kingman, Mohave

    County, Arizona, and reference to the plat of same being

    made for a more complete description and all........

situated in the County of Mohave, State of Arizona.

  WITNESS the hands of the said grantors this 7 day of July 1949.

            RUEL H. GALLEHUE,
            Ruel H. Gallehue.

            ELIZABETH GALLEHUE,
            Elizabeth Gallehue.

STATE OF CALIFORNIA,    )
          ) ss.
COUNTY OF LOS ANGELES,  )

  This instrument was acknowledged before me this 8th day of July 1949, by Ruel H. Gallehue

and Elizabeth Gallehue, husband and wife, grantors herein.

            EILEEN L. CAPEN,
 (Notarial Seal.)      Notary Public.
(My commission expires.....Jan. 31, 1952.)

      Filed and Recorded at the Request
      of Evelyn Fitzgerald, July 21 A. D.
      1949 at 11:30 A.M. Book "65" of
      Deeds, Page "226," Records of Mohave
      County, Arizona.

#36468.            PEGGY B. SMITH,
            COUNTY RECORDER.

  THIS IS TO CERTIFY, That at a regular meeting of the Board of Directors of the Santa Fe

Pacific Railroad Company, held on April 25th, 1939, a quorum being present and voting, the

following action was taken, as appears from the records of the said meeting:

  VOTED that the President and H. O. Rydin, Vice-President, of this Company, are each hereby

authorized and empowered to execute in the name of this Company any and all deeds, relinquish-

ments or conveyances to the United States of America, or to others, transferring, releasing or

conveying all right, title and interest in and to any land owned or earned by or enuring to

this Company as successor in interest to the Atlantic and Pacific Railroad Company, or any

right, title and interest in and to any land which enures to this Company in the way of lieu

selections or otherwise, independently of the grant of July 27, 1866, to the Atlantic and

Pacific Railroad Company;

  FURTHER VOTED that the President and H. O. Rydin, Vice-President, of this Company, are

each hereby authorized and empowered to execute in the name of this Company any and all leases

of lands owned by this Company, or any interest therein, including grazing and agricultural

leases and leases authorizing the extraction of oil, gas and minerals from any lands owned by

this Company; and

  FURTHER VOTED that the Secretary or any Assistant Secretary of this Company is hereby

authorized to affix the corporate seal to any such deed, relinquishment, conveyance, or lease,

and to attest the same.

TRUE COPY
(CORPORATE SEAL.)      Attest:
Dated, Topeka.         H. B. FINK, Secretary,

**Tab 4**

FATCO00000012

Deed File No. 41993.

WARRANTY DEED.

THIS INDENTURE, Made this first day of JULY, one thousand nine hundred and forty-nine, by and between the SANTA FE PACIFIC RAILROAD COMPANY, a corporation, duly incorporated by Act of Congress approved March 3, 1897, hereinafter designated as Grantor, and DAVID B. MORGAN, a married man, of the County of Maricopa, State of Arizona, hereinafter designated as Grantee.

WITNESSETH, That Grantor for and in consideration of the sum of Ten Dollars and other good and valuable considerations, to it in hand paid by Grantee, the receipt whereof is hereby acknowledged, hath granted, bargained and sold, and by these presents doth grant, bargain, sell and convey, subject to the reservations, exceptions and conditions hereinafter contained, unto Grantee and the heirs and assigns of Grantee, that certain real property situated in the County of Mohave, in the State of Arizona, described as follows, to wit:

GILA AND SALT RIVER MERIDIAN, ARIZONA.

Township thirteen North, Range seventeen West.

Section 1, containing 638.96 acres, section 3, containing 638.60 acres, section 5, containing 639.92 acres, section 7, containing 637.40 acres, section 9, containing 640.00 acres, section 11, containing 640.00 acres, section 15, containing 640.00 acres, section 17, containing 640.00 acres, section 19, containing 638.64 acres, section 21, containing 640.00 acres, section 29, containing 640.00 acres, section 31, containing 639.80 acres; and N½, N½SE¼ and SW¼ section 33, containing 560.00 acres.

Township twelve North, Range eighteen West.

Section 5, containing 481.80 acres, section 7, containing 626.52 acres, section 9, containing 640.00 acres, section 17, containing 640.00 acres, lots 1, 2, 3, N½ lot 4, E½ and E½W½ section 19, containing 608.65 acres; and section 29, containing 640.00 acres.

Township thirteen North, Range eighteen West.

Section 1, containing 639.20 acres, lots 1, 2, S½NE¼ and S½ section 3, containing 479.07 acres, section 5, containing 640.40 acres, section 7, containing 637.68 acres, SW¼SE¼ section 8, containing 40.00 acres, section 9, containing 640.00 acres, section 11, containing 640.00 acres, section 13, containing 640.00 acres, section 15, containing 640.00 acres, section 19, containing 638.48 acres, section 21, containing 640.00 acres, section 23, containing 640.00 acres, section 25, containing 640.00 acres, section 27, containing 640.00 acres, section 29, containing 640.00 acres, section 31, containing 639.52 acres, section 33, containing 640.00 acres, and section 35, containing 640.00 acres.

Township fourteen North, Range eighteen West.

Section 25, containing 640.00 acres, section 31, containing 635.52 acres, section 33, containing 640.00 acres, and section 35, containing 640.00 acres.

FATCO00000013

Township twelve North, Range nineteen West.
Section 1, containing 00.00 acres.

Township thirteen North, Range Nineteen West.
Section 1, containing 639.24 acres, Lots 3, 4, S½N½ and
S½ section 3, containing 480.24 acres, section 5, containing
639.68 acres, section 7, containing 638.80 acres, S½ section 11,
containing 320.00 acres, SW¼NW¼ section 12, containing 40.00
acres, section 13, containing 640.00 acres, section 15, containing
640.00 acres, section 17, containing 640.00 acres, section 19,
containing 641.08 acres, section 21, containing 640.00 acres,
section 23, containing 640.00 acres, section 25, containing
640.00 acres, section 27, containing 640.00 acres, section 29,
containing 640.00 acres, section 33, containing 640.00 acres,
and section 35, containing 640.00 acres.

Township fourteen North, Range nineteen West.
Lots 1, 2, 3, 4, S½N½ and SE¼ section 3, containing 477.24 acres,
lots 1, 2, S½N½ and SE¼ section 5, containing 318.68 acres,
section 7, containing 636.52 acres, section 19, containing
636.84 acres, and section 31, containing 636.20 acres.

Township fifteen North, Range twenty West.
Section 1, containing 639.76 acres, section 13, containing
640.00 acres, and section 25, containing 640.00 acres.

Containing in the aggregate forty thousand, eighty-four
and eighty-eight hundredths acres.

Subject to all conditions, exceptions or reservations
contained in Patent or Patents to said lands from the United
States of America.

Subject also to easement to the United States of America,
dated December 26, 1940, for range division fence affecting
sections 1 and 5, township 13 north, range 17 west.

Grantor expressly reserves and excepts all oil, gas, coal and minerals whatsoever, already
found or which may hereafter be found, upon or under said lands with the right to prospect for,
mine and remove the same, and to use so much of the surface of said lands as shall be necessary
and convenient for shafts, wells, tanks, pipe lines, rights of way, railroad tracks, storage
purposes, and other and different structures and purposes necessary and convenient for the
digging, drilling and working of any mines or wells which may be operated on said lands.
Grantor, or its successors or assigns, will pay to Grantee or the legal representatives, heirs,
successors or assigns of Grantee, a fixed price per acre for the surface of all lands
appropriated under this exception and reservation, which price shall be equal to the average
price per acre paid for all the lands above described, together with the fair value of the
buildings and permanent improvements, if any, on the land the surface of which is so appropriated;

TO HAVE AND TO HOLD the said real property above described, and its appurtenances, unto
Grantee, and the heirs and assigns of Grantee forever, subject always, however, to the reservations, exceptions, covenants and conditions above contained and hereinafter set forth.

And Grantor doth hereby covenant with Grantee, and the heirs and assigns of Grantee, that it
is lawfully seized of the aforesaid real property, and that the same is free and clear of all
incumbrances whatsoever, and that it will forever warrant and defend the title to the said real
property unto Grantee, and the heirs and assigns of Grantee, against all persons lawfully

claiming or to claim the same, except taxes levied after December 31, 1949, provided, however, that it is expressly understood and agreed between the parties hereto that in case the title to any of such land intended hereby to be conveyed should fail, and Grantee should be evicted therefrom, or from any portion thereof, by any person or persons holding title paramount to the title so intended hereby to be conveyed, that then and in such event, the measure of damages on account thereof, as well as for the breach of any covenant of warranty contained in this deed, whether expressed or implied, shall be such sum, and no more, as will be produced by multiplying the number of acres to which such title shall have failed by the average price per acre paid by Grantee to Grantor for the whole of said real property; and in no event shall the amount of damages which Grantee shall be entitled to receive or recover from Grantor, on account of any breach or breaches in the covenant or covenants contained in this deed, whether expressed or implied, exceed the total purchase price paid for said land, and interest on such amount from the date of the payment thereof at the rate of six per cent per annum.

IN WITNESS WHEREOF, Grantor has caused this deed to be signed in its corporate name by its President or Vice-President, and its corporate seal to be hereunto affixed, duly attested by its Secretary or an Assistant Secretary, the day and year first above written.

(CORPORATE SEAL.)   SANTA FE PACIFIC RAILROAD COMPANY,

ATTEST:      By  R. G. RYDIN,
   H. B. Fink,     Vice-President.
    Secretary.

I.R.S. $11.55 CANCELLED.

STATE OF ILLINOIS,  )
        ) ss.
COUNTY OF COOK,  )

This instrument was acknowledged before me, this 12th. day of July, 1949, by R. G. RYDIN, as the Vice-President of the SANTA FE PACIFIC RAILROAD COMPANY, a corporation.

 (NOTARIAL SEAL.)    GEORGE E. ANDERSEN,
(My commission expires November 8, 1951.) Notary Public.

STATE OF KANSAS,  )
        ) ss.
COUNTY OF SHAWNEE, )

This instrument was acknowledged before me, this 15th. day of July, 1949, by H. B. FINK, as the Secretary of the SANTA FE PACIFIC RAILROAD COMPANY, a corporation.

 (NOTARIAL SEAL.)    R. D. BROWN,
(My commission expires June 21, 1952.) Notary Public.

    Filed and Recorded At Request of
    John H. Page & Co. July 23, A. D.
    1949 at 9:00 o'clock A.M. In Book
    65 of Deeds, Pages #226-229,
    Records of Mohave County, Arizona.

       PEGGY B. SMITH,
       COUNTY RECORDER.

Suite 516 Luhrs Bldg.
Phoenix, Ariz.
#36482.

# Warranty Deed

**KNOW ALL MEN BY THESE PRESENTS:**

That DAVID B. MORGAN and LUCY CAMPBELL MORGAN, husband and wife,

of the County of Maricopa, State of Arizona, for and in consideration of the sum of TEN DOLLARS and other good and valuable consideration DOLLARS to them in hand paid by FORD MOTOR COMPANY, a Delaware corporation,

ha ve granted, sold and conveyed, and by these presents do grant, sell and convey unto the said Ford Motor Company

all that certain premises situated in Mohave County, State of Arizona described as follows, viz: All Section one in Township thirteen north of Range eighteen west; All Section five, all Section seven and the south half of Section eleven in Township thirteen north of Range nineteen west and the west half of Section thirteen in Township fifteen north of Range twenty west of the Gila and Salt River Meridian, Arizona; containing in the aggregate two thousand, five hundred fifty-seven and sixty-eight hundredths acres; more or less;

SUBJECT TO: (1) The terms, reservations and provisions of the United States patents covering said lands; (2) The conditions, provisions and reservations contained in that certain deed dated July 1, 1949, recorded July 23, 1949, in Book 65 of Deeds, pages 226-229, Records of Mohave County, Arizona; (3) Easements of record; and (4) State and county taxes subsequent to January 1, 1954.

TO HAVE AND TO HOLD, the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging unto the said Ford Motor Company, its successors and assigns forever.

And we hereby bind ourselves, our heirs, executors and administrators, to warrant and forever defend, all and singular, the premises unto the said Ford Motor Company, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Witness our hands, this 19th day of November A. D. 19 53.

Signed, sealed and delivered in the presence of

_David B. Morgan_ (SEAL)

_Lucy Campbell Morgan_ (SEAL)

_____ (SEAL)

No. 15—WARRANTY DEED
Tweety, Boyd & Harrington, Inc., Phoenix, Arizona

**Tab 5**

FATCO00000048

STATE OF ARIZONA
County of ...... **Maricopa**

On this the ...**19th**... day of ...**November**...... 19..**53**... before me, ...**Edward E. Williams**...... the undersigned, a Notary Public, personally appeared.... **David B. Morgan and Lucy Campbell**
**Morgan**,

known to me (or satisfactorily proven) to be the person ....., whose name ...... **are** subscribed to the within instrument and acknowledged that ....**they**.... executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

My Commission expires...**April 26, 1954**..

Notary Public.

STATE OF ARIZONA
County of .........................

On this the.............. day of.................. 19...... before me..................... the undersigned, a Notary Public, personally appeared.........................

known to me (or satisfactorily proven) to be the person ..... whose name..... subscribed to the within instrument and acknowledged that ...... he..... executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

My Commission expires.........................

Notary Public.

Filed and recorded at request of.........................

................minutes past........ o'clock......M., ..................................... A. D. 19...... at

County Recorder.

Deputy Recorder.

**Warranty Deed**
Short Form

No. 59-1222

FROM

TO

Dated......................... 19......

Quitclaim Deed, Made this 30th day of September, 1953, by the SANTA FE PACIFIC RAILROAD COMPANY, a corporation duly incorporated by Act of Congress approved March 3, 1897, hereinafter designated as Grantor, to FORD MOTOR COMPANY, a Delaware Corporation, hereinafter designated as Grantee.

WITNESSETH, that for and in consideration of the sum of Ten Dollars, to it paid by Grantee, and of other good and valuable considerations, the receipt whereof is hereby acknowledged, Grantor has quitclaimed, and by these presents does quitclaim, unto Grantee, its successors and assigns, all of its right, title and interest in and to all of the oil, gas, coal and minerals whatsoever, except fissionable source materials, already found or which may hereafter be found upon or under that certain real property situated in the County of Mohave in the State of Arizona described as follows to wit;

GILA AND SALT RIVER MERIDIAN, ARIZONA

Township thirteen North, Range eighteen West

Section 1, containing 639.20 acres.

Township thirteen North, Range nineteen West

Section 5, containing 639.68 acres; Section 7, containing 638.80 acres; and the S½ Section 11, containing 320 acres.

Township fifteen North, Range twenty West

W½ Section 13, containing 320 acres.

Containing in the aggregate two thousand, five hundred fifty-seven and sixty-eight hundredths acres.

The above oil, gas, coal and minerals quitclaimed hereunder being part of the oil, gas, coal and minerals reserved to Grantor in Grantor's warranty deed to David B. Morgan, a married man, of the County of Maricopa, State of Arizona, dated July 1, 1949, and therein expressly excepted from the property conveyed by Grantor to said David B. Morgan thereunder.

Tab 6

FATCO00000016

-2-

TO HAVE AND TO HOLD, the property herein quitclaimed, together
with all and singular the rights and appurtenances thereto in any wise
belonging, unto the Grantee, its successors and assigns, forever.

IN WITNESS WHEREOF, the Grantor has caused this deed to be signed
in its corporate name by its President or Vice President, and its corporate
seal to be hereunto affixed, duly attested by its Secretary or an Assistant
Secretary, the day and year first above mentioned.

SANTA FE PACIFIC RAILROAD COMPANY

_R. G. Ryder_
VICE President

ATTEST:

_W. L. Camp_
Assistant Secretary

STATE OF ILLINOIS)
COUNTY OF COOK  ) ss.
          This instrument was acknowledged before me, this 19th day of
_October_ , 1953, by   R. G. RYDER     , as the President of the SANTA FE
PACIFIC RAILROAD COMPANY, a corporation.

_George E. Anderson_
Notary Public

My commission expires NOVEMBER 8, 1955

STATE OF ILLINOIS)
COUNTY OF COOK  ) ss.
          This instrument was acknowledged before me, this 19th day of
_October_ , 1953, by   W. L. CAMP     , as Assistant Secretary, of the SANTA
FE PACIFIC RAILROAD COMPANY, a corporation.

_George E. Anderson_
Notary Public

My commission expires  NOVEMBER 8, 1955

FATCO00000017

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That FORD MOTOR COMPANY, a Delaware corporation, authorized to do business under the laws of the State of Arizona, and having its place of business at 3000 Schaefer Road, Dearborn, Michigan, the Grantor, for and in consideration of the exchange of certain lands, as authorized by Section 8 of the Act of June 28, 1934 (48 Stat. 1272), as amended by Section 3 of the Act of June 26, 1936 (49 Stat. 1976), to it in hand given by the UNITED STATES OF AMERICA, Grantee herein, has granted, sold and conveyed, and by these presents does grant, sell and convey unto the said Grantee, the following described lands in the County of Mohave, State of Arizona:

T. 13 N., R. 18 W., G. & S. R. M.

Sec. 1 (All), Lots 1, 2, 3, 4, S 1/2
N 1/2, S 1/2 .......................... 639.20 acres

T. 13 N., R. 19 W.

Sec. 5 (All), Lots 1, 2, 3, 4, S 1/2
N 1/2, S 1/2 .......................... 639.68 acres

Sec. 7 (All), Lots 1, 2, 3, 4, E 1/2
W 1/2, E 1/2 .......................... 638.80 acres

Sec. 11 - S 1/2 ....................... 320.00 acres

T. 15 N., R. 20 W.

Sec. 13 - W 1/2 ....................... 320.00 acres

T. 24 N., R. 20 W.

Sec. 31 (All), Lots 1, 2, 3, 4, E 1/2
W 1/2, E 1/2 .......................... 622.08 acres

Total - 3179.76 acres

There is excepted from this conveyance all fissionable source materials, already found or which may hereafter be found upon or under the hereinabove described lands.

Tab 7

FATCO0000002

- 2 -

Subject to all conditions, exceptions of whatever
...... of Patent and matters of record and the free ... .....
to ... .........

...... ....., to Section 21, T. 24 ..., R. 20 W, of
G. ? S.M. ...... by all matters and exceptions including present
and future rights of way for railroad purposes, as contained in
that certain deed from Santa Fe Pacific Railroad Company to
Geo. A. Bonelli, dated 2 September 1919, and recorded 18 September
1919 in Book 28 of Deeds, pages 426-428, records of Mohave County,
Arizona.

Subject also to an easement for electric transmission
lines across Sections 5 and 7, Township 13 North, Range 19 West,
Gila and Salt River Base and Meridian, County of Mohave, State of
Arizona, as fully set forth in Contract and Grant of Easement
entered into between the United States of America and David B.
Morgan and Lucy Campbell Morgan, husband and wife, dated 8
September 1949, recorded 31 August 1950, Fee #40330, records of
Mohave County, Arizona.

Subject also to an easement for Patrol Road across
Sections 5 and 7, Township 13 North, Range 19 West, Gila and Salt
River Base and Meridian, Mohave County, Arizona, as set forth in
Contract and Grant of Easement between the United States of
America and David B. Morgan and Lucy Campbell Morgan, husband and
wife, dated 8 September 1949, recorded 31 August 1950, Fee #40331,
records of Mohave County, Arizona.

TO HAVE AND TO HOLD the above described lands, together
with all and singular the rights and appurtenances thereto in
any wise belonging (except fissionable materials) unto the said
Grantee and its assigns forever. And the Grantor, and its legal
representatives, shall and will warrant, and by these presents
forever defend the said lands, in the quiet and peaceable

FATCO00000021

- 3 -

possession of the said Grantee, and its assigns, against the said Grantor, and its legal representatives, and against all and every person and persons whomsoever, lawfully claiming or to claim the same.

This deed was executed pursuant to a resolution of the Board of Directors of the Grantor.

IN WITNESS WHEREOF, the said Grantor has caused its corporate name and seal to be affixed by its acting Secretary thereunto duly authorized this _15th_ day of January, A.D. 1954.

FORD MOTOR COMPANY,
a corporation,

By _C. J. Fellrath_
C. J. Fellrath
Acting Secretary

ATTEST:

_John A. Hoekle_
John A. Hoekle
Assistant Secretary

STATE OF MICHIGAN )
                  ) SS
COUNTY OF WAYNE   )

On this _15th_ day of January, A.D. 1954, before me, _Mary Oshanski_ , a Notary Public in and for the said County and State, residing therein, duly commissioned and sworn, personally appeared C. J. Fellrath, known to me to be the Acting Secretary, and John A. Hoekle, known to me to be the Assistant Secretary of FORD MOTOR COMPANY, the corporation that executed the within instrument, known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate last above written.

_Mary Oshanski_
Notary Public, Wayne County, Michigan
My commission expires: _March 30, 1954_

Entry No.

File No.

SECURITY TITLE INSURANCE

Recorded Book

Docket No.

Receipts of Mohave

FATCO00000023

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**STATUS**
**(MASS) Serial Register Page**

Page 1 of 2

Serial Number
AZAR-0 006614-01

Run Date/Time:  05/11/09 03:42 PM

01 06-28-1934;048STAT1272;43USC315G
Case Type 222001: EX- PRIVATE-TAYLOR ACT

| Mer | Twp | Rng | Sec | SType | SurNr | Suff | NE NNSS EWWE | NW NNSS EWWE | SW NNSS EWWE | SE NNSS EWWE | Acreage | County | District/Resource Area | Mgmt Agency |
|-----|------|------|-----|-------|-------|------|------|------|------|------|---------|--------|------------------------|-------------|
| 14 | 0140N | 0160W | 015 | A | | | --XX | ---- | ---- | XX | 160.000 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0140N | 0160W | 017 | 9 | | | ENTIRE SECTION | | | | 640.000 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0140N | 0160W | 019 | L | 1 | | ---- | --X- | ---- | ---- | 40.800 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0140N | 0160W | 019 | L | 2 | | ---- | ---- | --X- | ---- | 40.820 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0140N | 0160W | 019 | L | 3 | | ---- | ---- | --X- | ---- | 40.820 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0140N | 0160W | 019 | L | 4 | | ---- | ---- | --X- | ---- | 40.840 | MOHAVE | KINGMAN FIELD OFFICE | 21000000 |
| 14 | 0150N | 0200W | 013 | A | | | --X- | ---- | ---- | XXXX | 200.000 | MOHAVE | LAKE HAVASU FIELD OFFICE | 21000000 |

1,163.280

| Document Category | Doc ID | Geographic Name | Exception |
|-------------------|--------|-----------------|-----------|
| WARRANTY DEED | 04141955 | | |

| Agency | Agency Text |
|--------|-------------|
| | |

| US Rights Cd | US Rights Txt |
|--------------|---------------|
| 930 | ALL SURF. RIGHTS U.S.LCS |
| 944 | SUBJECT TO EXIST FED R/W |

| Data Element No 1 | Supplemental Data 1 | Data Element 2 | Supplemental Data 2 |
|-------------------|---------------------|----------------|---------------------|
| 3472 | CNTY_BK_NUM   81 | 3518 | PAGE_NUM   196 |

| Act Date | Act Code | Action Txt | Action Remarks |
|----------|----------|------------|----------------|
| 04/14/1955 | 868 | DEED SIGNED | |
| 08/28/1981 | 816 | OPEN TO ENTRY | |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM

Tab 8

DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
STATUS
(MASS) Serial Register Page

Run Date/Time:  05/11/09 03:42 PM

Serial Number
AZAR–0 006614–01

01 06-28-1934;048STAT1272;43USC315G
Case Type 222001: EX- PRIVATE-TAYLOR ACT

| Name | Address | City State Zip | Interest Relationship | % Interest |
|---|---|---|---|---|
| USA | | AZ | ADMIN MGT ENTITY | 0.0000000 |

| Line Nr | Remarks |
|---|---|
| 0001 | KEY 15N20W |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM