Alex B. Vakula
Arizona State Bar No. 011749
**THE VAKULA LAW FIRM, PC**
203 East Union Street
Prescott, Arizona 86303
Telephone (928) 445-3500
vakula@pobox.com

ATTORNEYS FOR   Plaintiff TONTO SUPPLY, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| TONTO SUPPLY, INC., an Arizona corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>                Defendants. | Civil Action No. CV 09-8128-PCT-JWS<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS OF COUNSEL OF RECORD**<br><br>(Assigned to the Honorable John W. Sedwick) |

Alex B. Vakula, the attorney of record for Plaintiff TONTO SUPPLY, INC. in the captioned matter hereby gives notice of his new firm name and address of record as follows:

Alex B. Vakula
THE VAKULA LAW FIRM, PC
203 East Union Street
Prescott, Arizona 86303
Telephone (928) 445-3500
Email: vakula@pobox.com

DATED this 20th day of November, 2009.

THE VAKULA LAW FIRM, PC


By   s/ Alex B. Vakula
     Alex B. Vakula
     203 East Union Street
     Prescott, Arizona 86303
     Attorneys for Plaintiff TONTO SUPPLY, INC.

**Certificate of Service**

I hereby certify that on this 20th day of November, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis K. Burke, Esq.
United States Attorney
Sue A. Klein, Esq.
Assistant United States Attorney
District of Arizona
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Attorneys for Defendants UNITED STATES OF AMERICA,
    DEPARTMENT OF THE INTERIOR, and
    BUREAU OF LAND MANAGEMENT

By  s/ Anne Jack